COMMONWEALTH of Pennsylvania,
Respondent

v.

Timothy McKINNEY, Petitioner.

Supreme Court of Pennsylvania.

April 7, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 7th day of **April, 2010,** the Petition for Allowance of Appeal is **GRANTED,** limited to the following question:

By failing to include a Pa.R.A.P. 2119(f) statement in his brief to the Superior Court, did Petitioner waive his constitutional challenge to the portion of the sentencing order conditioning his probation and parole on his agreeing to random searches of his residence?

COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony ABRUE, Petitioner.

Supreme Court of Pennsylvania.

April 7, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 7th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED** and the Order of the Superior Court is **VACATED,** insofar as it disposed of Petitioner's challenge to his judgment of sentence on Confrontation Clause grounds. The case is **REMANDED** for reconsideration of that issue in light of *Commonwealth v. Allshouse*, —— Pa. ——, 985 A.2d 847 (2009). The Petition for Allowance of Appeal is denied in all other respects.